ACCEPTED
01-14-01023-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/5/2015 4:18:54 PM
CHRISTOPHER PRINE
CLERK

**No. 01-14-01023-CR**

**IN THE FIRST DISTRICT COURT OF APPEALS**

**AT**

**HOUSTON**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/5/2015 4:18:54 PM
CHRISTOPHER A. PRINE
Clerk

**THE STATE OF TEXAS, APPELLANT**

**v.**

**SEAN MICHAEL MCGUIRE, APPELLEE**

**STATE'S MOTION FOR EXTENSION OF TIME**

TO THE HONORABLE FIRST COURT OF APPEALS:

COMES NOW, THE STATE OF TEXAS, by and through the undersigned Assistant District Attorney, and moves this Court to grant an extension of time for the State to file its brief in the above styled and numbered cause. In support thereof, the State would show the following:

1.     The Clerk's Record was filed in this case on January 20, 2015.

2.     The Reporter's Record was filed in this case on April 2, 2015.

3.     The State's brief in this cause is due May 4, 2014.  The State has not filed any previous requests for extension of time.

4.     The State's attorney assigned to this case currently has many other pending matters including several pending appeals and writs.

5.     This case involves a voluminous record and is a companion to two other cases on appeal:  *McGuire v. State*, 01-14-00241-CR, in which the State filed its brief on April 29, 2015 and; *McGuire v. State*, 01-14-00240-CR, in which this Court recently granted the State's extension of time to file its brief to June 2, 2015.

6.      The State would request that the deadline for the State's brief in this cause be extended 60 (sixty) days.

7.      This extension is not sought for the sole purpose of delay.

WHEREFORE, PREMISES CONSIDERED, the State prays that this Honorable Court grant this motion and extend the deadline for filing the State's brief in this case.

Respectfully submitted,

/s/ Jason Bennyhoff
JASON BENNYHOFF
ASST. DISTRICT ATTORNEY
Fort Bend County, Texas
State Bar Number 24050277
1422 Eugene Heimann Cir.
Richmond, Texas 77469
Phone: (281) 238-3352
Fax: (281) 238-3366
Jason.bennyhoff@fortbendcountytx.gov

## CERTIFICATE OF SERVICE

I, Jason Bennyhoff, do hereby certify that a true and correct copy of the foregoing Motion was sent to counsel for the Appellee on May 5, 2015, via electronic mail through the EFile Texas electronic filing system.

Kristen Jernigan
Kristen@txcrimapp.com
Counsel for Appellant

/s/ Jason Bennyhoff
Jason Bennyhoff